UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MELISSA LYNN RAMBOW,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:19-CV-00475-MC<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will instruct the administrative law judge (ALJ) to obtain medical expert testimony regarding Plaintiff's onset date of disability, consistent with Social Security Ruling 18-1p and the prior district court order.

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED this __20th__ day of March, 2020.

                s/Michael J. McShane
                UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3858