IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MELISSA RAMBOW,

     Plaintiff,

     v.

Commissioner of the Social Security
Administration,

     Defendant.

Civil No. 3:19-CV-475-MC

ORDER FOR ATTORNEY FEES
PURSUANT TO 28 U.S.C. § 2412(D)

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $4,371.83 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466.

IT IS SO ORDERED.

DATED this _____21st_____ day of _____May_____, 2020.

s/Michael J. McShane
_____
UNITED STATES DISTRICT JUDGE

Page 1    ORDER
        [3:19-CV-475-MC]